10/14/2019 4:31 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 37637848
By: Chandra Lawson
Filed: 10/14/2019 4:31 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

CASE NUMBER: 2019-74234   Request for Issuance of Service
CURRENT COURT: 61st Civil District Court

Name(s) of Documents to be served: Plaintiffs Original Petition

FILE DATE: 10/8/2019   Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: The Post Oak Hotel
Address of Service: 1510 West Loop South
City, State & Zip: Houston, TX 77027-9505
Agent (if applicable): Stephen L. Schienthal

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication Newspaper _____
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [x] E-Issuance by District Clerk (No Service Copy Fees Charged)

Note: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
- [x] OTHER, explain   email to attorney below at christinejahani@gmail.com

Issuance of Service Requested By: Attorney/Party Name: Cheryl Ellsworth Jah   Bar # or ID 24104007

Mailing Address: 8961 Fallsbrook Ct. Conroe, texas 77302

Phone Number: 970.596.7459 or 936.756.0496

**Exhibit 2**

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**CASE NUMBER:** 2019-74234   **Request for Issuance of Service**
**CURRENT COURT:** 61st Civil District Court

**Name(s) of Documents to be served:** Plaintiffs Original Petition

**FILE DATE:** 10/8/2019   Month/Day/Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

**Issue Service to:** Landry's, Inc.
**Address of Service:** 1510 West Loop South
**City, State & Zip:** Houston, TX 77027-9505
**Agent (if applicable)** Stephen L. Schienthal

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication   Newspaper _____
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [x] E-Issuance by District Clerk (No Service Copy Fees Charged)

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
- [x] OTHER, *explain* email to attorney below at christinejahani@gmail.com

**Issuance of Service Requested By:** Attorney/Party Name: Cheryl Ellsworth Jah   Bar # or ID 24104007
**Mailing Address:** 8961 Fallsbrook Ct. Conroe, texas 77302
**Phone Number:** 970.596.7459 or 936.756.0496

**Exhibit 2**

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**CASE NUMBER:** 2019-74234   **Request for Issuance of Service**
**CURRENT COURT:** 61st Civil District Court

**Name(s) of Documents to be served:** Plaintiffs Original Petition

**FILE DATE:** 10/8/2019   Month/Day/Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

**Issue Service to:** Landry's Management, LP
**Address of Service:** 1510 West Loop South
**City, State & Zip:** Houston, TX 77027-9505
**Agent (if applicable):** Stephen L. Schienthal

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication  Newspaper _____
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [x] E-Issuance by District Clerk (No Service Copy Fees Charged)

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____  Phone: _____
- [x] OTHER, explain  email to attorney below at christinejahani@gmail.com

**Issuance of Service Requested By:** Attorney/Party Name: Cheryl Ellsworth Jah  Bar # or ID  24104007
**Mailing Address:** 8961 Fallsbrook Ct. Conroe, texas 77302
**Phone Number:** 970.596.7459 or 936.756.0496

**Exhibit 2**

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK
201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

CASE NUMBER: 2019-74234

Request for Issuance of Service
CURRENT COURT: 61st Civil District Court

Name(s) of Documents to be served: Plaintiffs Original Petition

FILE DATE: 10/8/2019  Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: Traci J. Duff     or
Address of Service: 615 West Gray Street  /  1125 Harvard Street
City, State & Zip: Houston, Tx  77019  /  Houston, Tx  77008-6938
Agent (if applicable)  or wherever she may be found

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication  Newspaper _____
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

SERVICE BY (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [x] E-Issuance by District Clerk (No Service Copy Fees Charged)

Note: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____  Phone: _____
- [x] OTHER, explain  email to attorney below at christinejahani@gmail.com

Issuance of Service Requested By: Attorney/Party Name: Cheryl Ellsworth Jah  Bar # or ID  24104007

Mailing Address: 8961 Fallsbrook Ct. Conroe, texas 77302

Phone Number: 970.596.7459 or 936.756.0496

**Exhibit 2**

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**CASE NUMBER:** 2019-74234   **Request for Issuance of Service**
**CURRENT COURT:** 61st Civil District Court

**Name(s) of Documents to be served:** Plaintiffs Original Petition

**FILE DATE:** 10/8/19  Month/Day/Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

**Issue Service to:** Traci Scott Salon and/or Traci Scott, LLC
**Address of Service:** 615 West Gray Street  or  1125 Harvard Street
**City, State & Zip:** Houston, Tx 77008 77019    Houston, TX 77008-6938
**Agent (if applicable)** or wherever she may be found

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication  Newspaper _____
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [ ] E-Issuance by District Clerk (No Service Copy Fees Charged)

Note: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
- [x] OTHER, explain  email to attorney below at christinejahani@gmail.com

**Issuance of Service Requested By:** Attorney/Party Name: Cheryl Ellsworth Jah   Bar # or ID  24104007

**Mailing Address:** 8961 Fallsbrook Ct. Conroe, texas 77302

**Phone Number:** 970.596.7459 or 936.756.0496

**Exhibit 2**

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK
201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**CASE NUMBER:** 2019-74234   **Request for Issuance of Service**
**CURRENT COURT:** 61st Civil District Court

**Name(s) of Documents to be served:** Plaintiffs Original Petition

**FILE DATE:** 10/8/19   Month/Day/Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

**Issue Service to:** Joshua Barry
**Address of Service:** 1700 Seaspray Court #2227
**City, State & Zip:** Houston, TX 77008-3150  or wherever he may be found

**Agent (if applicable)** _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication Newspaper _____
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [x] E-Issuance by District Clerk (No Service Copy Fees Charged)

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
- [x] OTHER, *explain* email to attorney below at christinejahani@gmail.com

**Issuance of Service Requested By:** Attorney/Party Name: Cheryl Ellsworth Jah   Bar # or ID 24104007

**Mailing Address:** 8961 Fallsbrook Ct. Conroe, texas 77302

**Phone Number:** 970.596.7459 or 936.756.0496

**Exhibit 2**

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**CASE NUMBER:** 2019-74234   Request for Issuance of Service
**CURRENT COURT:** 61st Civil District Court

**Name(s) of Documents to be served:** Plaintiffs Original Petition

**FILE DATE:** 10/8/19   Month/Day/Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

**Issue Service to:** Monument Protective Services, LLC
**Address of Service:** 5900 Balcones Dr., Suite 100
**City, State & Zip:** Austin, TX 78731-4264
**Agent (if applicable):** Registered Agent for Monument Protective Services, LLC

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication Newspaper _____
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [x] E-Issuance by District Clerk (No Service Copy Fees Charged)

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
- [x] OTHER, *explain* email to attorney below at christinejahani@gmail.com

**Issuance of Service Requested By:** Attorney/Party Name: Cheryl Ellsworth Jah   Bar # or ID 24104007

**Mailing Address:** 8961 Fallsbrook Ct. Conroe, texas 77302

**Phone Number:** 970.596.7459 or 936.756.0496

**Exhibit 2**