| HCDistrictclerk.com | ZABIHI, DEVIN (INCAPACITED ADULT BY AND THROUGH OF vs. POST OAK HOTEL | 10/17/2019 |
|---|---|---|

Cause: 201974234　　　CDI: 7　　　Court: 061

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 87613915 | Request for Issuance of Service | | 10/14/2019 | 7 |
| 87525680 | Plaintiff's Original Petition, Requests for Disclosure and Requests for Production and Inspection | | 10/08/2019 | 25 |

# Exhibit 4