IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| DEVIN ZABIHI, by and through his Father and GUARDIAN, DANIEL ZABIHI | § § § § § | |
|---|---|---|
| *Plaintiff,* | § | |
| vs. | § § | CIVIL ACTION NO. 4:19-cv-4054 |
| THE POST OAK HOTEL, LANDRY'S, INC., LANDRY'S MANAGEMENT, LP, UPTOWN HOUSTON ASSOCIATION, TRACI J. DUFF, INDIVIDUALLY, AND TRACI SCOTT, L.L.C., JOSHUA BARRY, INDIVIDUALLY, AND MONUMENT PROTECTIVE SERVICES, LLC | § § § § § § § § § § | JURY TRIAL DEMANDED |
| *Defendants.* | § | |

**Index of Matters Being Filed**

| Exhibit | Description |
|---|---|
| Exhibit 1 | Plaintiff's Original Petition |
| Exhibit 2 | Request for Issuance of Service |
| Exhibit 3 | Answer of 1600 West Loop South, LLC, Landry's, LLC, and Landry's Management, L.P. |
| Exhibit 4 | State Court Docket Sheet |
| Exhibit 5 | Index of Matters Being Filed |
| Exhibit 6 | List of all Counsel of Record |

**Exhibit 5**