IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEVIN ZABIHI, by and through his Father and GUARDIAN, DANIEL ZABIHI<br>*Plaintiff,*<br><br>vs.<br><br>THE POST OAK HOTEL, LANDRY'S, INC., LANDRY'S MANAGEMENT, LP, UPTOWN HOUSTON ASSOCIATION, TRACI J. DUFF, INDIVIDUALLY, AND TRACI SCOTT, L.L.C., JOSHUA BARRY, INDIVIDUALLY, AND MONUMENT PROTECTIVE SERVICES, LLC<br>*Defendants.* | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:19-cv-4054<br><br>JURY TRIAL DEMANDED |

## List of Counsel and Parties Represented

**Attorney for Plaintiff:**

    Cheryl Ellsworth Jahani
    The Law Office of Cheryl Ellsworth Jahani
    8961 Fallsbrook Ct.
    Conroe, Texas 77302
    (970) 596-7459
    christinejahani@gmail.com

**Attorneys for Defendant Defendants 1600 West Loop South, LLC, Landry's, LLC, and Landry's Management, L.P.:**

    R. Edward Perkins
    Mary London Fuller
    Sheehy, Ware & Pappas
    909 Fannin Street, Suite 2500
    Houston, Texas 77010
    (713) 951-1000
    eperkins@sheehyware.com
    mfuller@sheehyware.com

**Exhibit 6**